NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARLON B. SLATER,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2023-1685

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-5701.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of ECF No. 4, which is construed as a motion to voluntarily withdraw this appeal pursuant to Federal Rule of Appellate Procedure 42(b), *see* ECF No. 5, and the Appellee's response at ECF No. 6,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is withdrawn.

2                                                    SLATER v. MCDONOUGH

(2)  The parties shall bear their own costs.

                                             FOR THE COURT

June 2, 2023                                 /s/ Jarrett B. Perlow
        Date                                 Jarrett B. Perlow
                                             Acting Clerk of Court

ISSUED AS A MANDATE: June 2, 2023